

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2014

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
William Old, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
           Marialyn Barnard, Justice
           Rebeca C. Martinez, Justice

The record in this appeal contains two exhibits that are under seal. Because appellant and the State may need to reference either or both exhibits in their respective briefs, we hereby ORDER appellant and the State to (1) file their briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references a sealed exhibit. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court